170 A.3d 322

IN THE MATTER OF THE CIVIL COMMITMENT
OF N.H.Y. SVP-37-00. (N.H.Y.—PETITIONER)

July 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002729–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 322

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ANDRE T. MITCHELL, A/K/A MITCHELL
ANDRE, DEFENDANT–PETITIONER.

July 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000374–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.